# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201800080

_____

## UNITED STATES OF AMERICA
Appellee

v.

## CESAR ARRIAGA
Corporal (E-4), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel E. H. Robinson Jr., USMC.
Convening Authority: Commanding General, 1st Marine Aircraft Wing, Camp Foster, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Major Melanie J. Mann, USMC.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 21 June 2018

_____

Before MARKS, PRICE, and STINSON, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court